MARIE MUNICH, Appellant, v. STEFAN MUNICH, Respondent.— Order granting defendant's motion to amend final decree of divorce reversed on the facts, without costs, and motion denied. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

CARRY J. PRICE, Respondent, v. NATIONAL BISCUIT COMPANY, Appellant.— Judgment and order denying motion for new trial reversed on the law and facts, and a new trial granted, with costs to abide the event, on authority of *Price* v. *National Biscuit Co.* (*post*, p. 696), decided herewith. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JESSE C. PRICE, an Infant, by CARRY J. PRICE, His Guardian as Litem, Respondent, v. NATIONAL BISCUIT COMPANY, Appellant.— Judgment and order denying motion for new trial reversed on the law and the facts, and a new trial granted, with costs to abide the event, because of the refusal of the trial court to charge as requested at folio 396 of the record. (*Campbell* v. *Da Parma*, 193 App. Div. 905.) Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

WALTER PURCELL, an Infant, by MARY PURCELL CLAUSEN, His Guardian ad Litem, Respondent, v. RIDGEWOOD PACKING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY FRIED, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN LAINE, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL NEMO, Appellant.— Judgment of conviction of the Richmond County Court unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE SWEDISH HOSPITAL IN BROOKLYN, Respondent, v. JOHN P. LEO, and Others, Constituting the Board of Appeals of the City of New York, Appellants. EDWARD F. BEATTY, Doing Business under the Name and Style of CROWN AUTO SERVICE and Others, Intervenors, Appellants.— Final order sustaining writ of certiorari and reversing and annulling the determination of the board of appeals of the city of New York unanimously affirmed, with fifty dollars costs and disbursements, on authority of *Matter of McGarry* v. *Walsh*, (213 App. Div. 289). Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ANTHONY SCALA, Respondent, v. STUDEBAKER CORPORATION OF AMERICA, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

JOHN J. SHANNON, Respondent, v. KALMIA CORPORATION and Another, Appellants.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.